United States District Court
Southern District of Texas
**ENTERED**
September 04, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | | |
|---|---|---|
| SUSAN ELIZABETH DUVE, | § | |
| | § | |
| Plaintiff. | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 3:26-cv-00158 |
| | § | |
| WILLIAM CHARLES FOREST, *et al.*, | § | |
| | § | |
| | § | |
| Defendants. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On May 21, 2026, all pretrial matters in this case were referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1). Dkt. 16. Judge Edison filed a memorandum opinion, order, and recommendation on August 19, 2026, recommending that three motions to dismiss for insufficient service of process filed by Defendants William Charles Forrest, Tammy Jones-Deem, and Vanguard (Dkts. 59, 60, 69) be granted, and that Plaintiff Susan Duve be given 21 days from the date that Judge Edison's recommendation is adopted to effectuate proper service on Forrest, Jones-Deem, Vanguard, and all defendants that Plaintiff has yet to serve. Dkt. 120.

No objections have been filed to the memorandum and recommendation. Accordingly, the court reviews it for plain error on the face of the record. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).

It is therefore ordered that:

(1) Judge Edison's memorandum and recommendation (Dkt. 120) is approved and adopted in its entirety as the holding of the court;

(2) The motions to dismiss filed by Defendants Forrest, Jones-Deem, and Vanguard (Dkts. 59, 60, 69) are granted to the extent they challenge service of process;[1] and

(3) Plaintiff has until September 25, 2026, to effectuate proper service on Forrest, Jones-Deem, Vanguard, and all defendants that Plaintiff has yet to serve. **Failure to timely serve any defendant by this deadline _will_ result in the dismissal of that defendant without prejudice.** *See* Fed. R. Civ. P. 4(m).

SIGNED on Galveston Island this 4th day of September, 2026.

JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE

[1] If any of these defendants is properly and timely served, they may reassert their other Rule 12 defenses, if any, at that time.